IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDREW STAMPS                                            PLAINTIFF

VS.                                            CIVIL ACTION NO. 5:08cv244DCBMTP

KRIS KNIGHT, et al.                                       DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendants' Motion to Dismiss [15] should be granted and that Plaintiff's claims should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants' Motion to Dismiss [15] is granted and Plaintiff's claims are dismissed with prejudice.

SO ORDERED this the 18th day of May, 2009.

                                                     s/David Bramlette
                                                   UNITED STATES DISTRICT JUDGE